THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DORAL BANK PUERTO RICO, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL ASSET ACCEPTANCE CORPORATION; DAVID BECK, DIANE NOVAK; THOMAS LEHMANN; STEPHEN FORTUNATO; DONALD WILHELM; WAMU CAPTIAL CORPORATION; MOODY'S INVESTORS SERVICE, INC.; THE MCGRAW-HILL COMPANIES, INC.; FIRST AMERICAN CORPORATION and FIRST AMERICAN EAPPRAISEIT, LLC,<br><br>Defendants. | No. C09-1557 (MJP)<br><br>**APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE OF JAMES J. COSTER** |

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington, James J. Coster hereby applies for permission to participate as counsel in the above-entitled action on behalf of Defendant Moody's Investors Service, Inc.

The particular need for my appearance and participation is: I, along with Lane Powell PC, have been retained to represent Moody's Investors Service, Inc. in this matter.

I, James J. Coster, understand that I am charged with knowing and complying with all

PRO HAC VICE APPLICATION - 1
Case No. C09-1557 (MJP)

124643.0002/1803398.1

applicable local rules; I have not been disbarred or formally censured by a court of record or by a state bar association; and there are no pending disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

| February 3, 2010 | s/ James J. Coster |
|---|---|
| Date | Signature of Applicant |

| | |
|---|---|
| Applicant's Name: | James J. Coster |
| Applicant's Law Firm: | Satterlee Stephens Burke & Burke LLP |
| Street Address: | 230 Park Avenue, Suite 1130 |
| City/State/Zip: | New York, NY 10169 |
| Phone Number: | (212) 818-9200 |

## STATEMENT OF LOCAL COUNSEL

I am authorized, and will be prepared to handle this matter, including trial, in the event the applicant, James J. Coster, is unable to be present upon any date assigned by the court.

DATED: February 3, 2010.

/s Larry S. Gangnes
Signature of Local Counsel

| Local Counsel Name | Larry S. Gangnes, WSBA No. 08118 |
|---|---|
| Local Counsel's Law Firm | Lane Powell PC |
| Street Address | 1420 Fifth Avenue, Suite 4100 |
| City/State/Zip | Seattle, Washington 98101-2338 |
| Phone Number: | (206) 223-7036 |

/////

////

////

PRO HAC VICE APPLICATION - 2
Case No. C09-1557 (MJP)

124643.0002/1803398.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

# CERTIFICATE OF SERVICE

Pursuant to RCW 9.A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the 3rd day of February, 2010, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following counsel of record:

| | |
|---|---|
| Joel P. Laitman | jlaitman@cohenmilstein.com |
| Christopher E. Lometti | clometti@cohenmilstein.com |
| Nancy A. Pacharzina | npacharzina@tousley.com |
| Daniel B. Rehns | drehns@cohenmilstein.com |
| Kenneth M. Rehns | krehns@cohenmilstein.com |
| Kim D. Stephens | kstephens@tousley.com |
| Steven J. Toll | stoll@cohenmilstein.com |

Executed on the 3rd day of February, 2010, at Seattle, Washington.

Marian T. Donnelly-Joss

PRO HAC VICE APPLICATION - 3
Case No. C09-1557 (MJP)

124643.0002/1803398.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107