|   |   |   |
|---|---|---|
| 1 | | THE HONORABLE MARSHA J. PECHMAN |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DORAL BANK OF PUERTO RICO, on Behalf of Itself and All Others Similarly Siutated,<br><br>        Plaintiff,<br><br>    v.<br><br>WASHINGTON MUTUAL ASSET ACCEPTANCE CORPORATION; DAVID BECK; DIANE NOVAK; THOMAS LEHMANN; STEPHEN FORTUNATO; DONALD WILHELM; WAMU CAPITAL CORPORATION; MOODY'S INVERTORS SERVICES, INC.; THE MCGRAW-HILL COMPANIES, INC; FIRST AMERICAN CORPORATION and FIRST AMERICAN eAPPRAISEIT, LLC,<br><br>        Defendants. | No. C 09-1557 (MJP)<br><br>**NOTICE OF APPEARANCE** |

TO:       Clerk of the Court

AND TO:    All Counsel of Record

We hereby enter our appearance as attorneys of record for defendants The First American Corporation and eAppraiseIT, LLC. We request that all papers and pleadings, except for original process, in this case be served upon us at our address stated below.

NOTICE OF APPEARANCE - 1
NO. C 09-1557 (MJP)

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 | Tel: 206.839.4800

| | |
|---|---|
| 1 | Dated this 17th day of February 2010. |
| 2 | |
| 3 | |
| 4 | */s/ Stellman Keehnel*<br>Stellman Keehnel, WSBA No. 9309<br>Christopher M. Huck, WSBA No. 34104 |
| 5 | R. Omar Riojas, WSBA No. 35400<br>Bradley T. Meissner, WSBA No. 39592 |
| 6 | **DLA PIPER LLP (US)**<br>701 Fifth Avenue, Suite 7000 |
| 7 | Seattle, WA 98104<br>Telephone: 206.839.4800 |
| 8 | Fax: 206.839.4801<br>E-mail: stellman.keehnel@dlapiper.com |
| 9 | christopher.huck@dlapiper.com<br>omar.riojas@dlapiper.com |
| 10 | bradley.meissner@dlapiper.com |
| 11 | Attorneys for Defendants The First American Corporation and eAppraiseIT, LLC |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all counsel of record.

Dated this 17th day of February, 2010.

*s/Stellman Keehnel*
Stellman Keehnel, WSBA No. 9309

WEST\21883709.1

NOTICE OF APPEARANCE - 3
NO. C 09-1557 (MJP)

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 | Tel: 206.839.4800