| | |
|---|---|
| | **THE HONORABLE MARSHA J. PECHMAN** |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DORAL BANK OF PUERTO RICO, on Behalf of Itself and All Others Similarly Siutated,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL ASSET ACCEPTANCE CORPORATION; DAVID BECK; DIANE NOVAK; THOMAS LEHMANN; STEPHEN FORTUNATO; DONALD WILHELM; WAMU CAPITAL CORPORATION; MOODY'S INVERTORS SERVICES, INC.; THE MCGRAW-HILL COMPANIES, INC; FIRST AMERICAN CORPORATION and FIRST AMERICAN eAPPRAISEIT, LLC,<br><br>Defendants. | Case No. C 09-1557 (MJP)<br><br>**ACCEPTANCE OF SERVICE, STIPULATION, AND [PROPOSED] ORDER CONCERNING DEADLINE FOR RESPONDING TO AMENDED COMPLAINT** |

ACCEPTANCE OF SERVICE, STIPULATION,
AND [PROPOSED] ORDER – 1
NO. C 09-1557 (MJP)

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044 | Tel: 206.839.4800

# **STIPULATION**

Plaintiff Doral Bank of Puerto Rico ("Plaintiff"), and defendants The First American Corporation ("First American") and eAppraiseIT, LLC ("eAppraiseIT") hereby stipulate and agree as follows:

1. DLA Piper LLP (US) accepts service of process, acknowledges receipt of Plaintiff's Amended Complaint — Class Action — For Violations of Sections 11, 12 and 15 of the Securities Act of 1933 and for Violations of Washington State Law (the "Amended Complaint"), and expressly waives any defense or objection based on a defect in the summons or the service of the summons on behalf of First American and eAppraiseIT.

2. First American and eAppraiseIT shall respond to Plaintiff's Amended Complaint by the later of: (i) 30 days after the date on which the Court issues an order appointing a Lead Plaintiff; or (ii) if the Lead Plaintiff files a consolidated amended complaint, 30 days after the filing of the consolidated amended complaint.

Stipulated and agreed this 17th day of February, 2010.

| | |
|---|---|
| */s/ Kim D. Stephens* | */s/ Stellman Keehnel* |
| Kim D. Stephens P.S., WSBA No. 11984<br>Nancy A. Pacharzina, WSBA No. 25946<br>**TOUSLEY BRAIN STEPHENS PLLC**<br>1700 Seventh Avenue, Suite 2200<br>Seattle, WA 98101<br>Telephone: 206.682.5600<br>Fax: 206.682.2992<br>E-mail: kstephens@tousley.com<br>npacharzina@tousley.com<br><br>Attorneys for Plaintiff | Stellman Keehnel, WSBA No. 9309<br>Christopher M. Huck, WSBA No. 34104<br>R. Omar Riojas, WSBA No. 35400<br>Bradley T. Meissner, WSBA No. 39592<br>**DLA PIPER LLP (US)**<br>701 Fifth Avenue, Suite 7000<br>Seattle, WA 98104<br>Telephone: 206.839.4800<br>Fax: 206.839.4801<br>E-mail: stellman.keehnel@dlapiper.com<br>christopher.huck@dlapiper.com<br>omar.riojas@dlapiper.com<br>bradley.meissner@dlapiper.com<br><br>Attorneys for Defendants The First American Corporation and eAppraiseIT, LLC |

1 **[PROPOSED] ORDER**

2     Pursuant to Stipulation, IT IS SO ORDERED.

3

4

5                                                               Marsha J. Pechman
6                                                              United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ACCEPTANCE OF SERVICE, STIPULATION,               DLA Piper LLP (US)
AND [PROPOSED] ORDER – 3                                  701 Fifth Avenue, Suite 7000
NO. C 09-1557 (MJP)                                         Seattle, WA  98104-7044 | Tel: 206.839.4800

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all counsel of record.

Dated this 17th day of February, 2010.

*s/Stellman Keehnel*
Stellman Keehnel, WSBA No. 9309

WEST\21880869.1