UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DORAL BANK PUERTO RICO, on Behalf of Itself and All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>    v.<br><br>WASHINGTON MUTUAL ASSET ACCEPTANCE CORPORATION; DAVID BECK; DIANE NOVAK; THOMAS LEHMANN; STEPHEN FORTUNATO; DONALD WILHELM  WAMU CAPITAL CORPORATION; MOODY'S INVESTORS SERVICES, INC.; THE MCGRAW-HILL COPMANIES, INC.; FIRST AMERICAN CORPORATION and FIRST AMERICAN EAPPRAISEIT, LLC,<br><br>                 Defendants. | **Case No.: C09-1557 (MJP)**<br><br>**ECF CASE**<br><br><br>ORAL ARGUMENT REQUESTED |

**DECLARATION OF CHRISTOPHER LOMETTI IN SUPPORT OF DORAL BANK PUERTO RICO'S MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Christopher Lometti, swear as follows:

1.     I am Of Counsel to the law firm of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein"), counsel of record for Doral Bank Puerto Rico ("Doral Bank"). I make this declaration in support of the motion of Doral Bank for Appointment as Lead Plaintiff and Approval of its Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     Attached are true and correct copies of the following exhibits:

Exhibit A:     December 24, 2009 PSLRA Notice;

Exhibit B:     Doral Bank's Certification of Securities Class Action;

Exhibit C:     Cohen Milstein Sellers & Toll PLLC firm résumé.

Exhibit D:     Doral Bank's Amended Securities Class Action Complaint;

3.     Cohen Milstein is currently serving as lead counsel in several securities class actions which involve the issuance of mortgage-backed securities, including:

*In re Bear Stearns Mortgage Pass-Through Certificates Securities Litigation,*
08-cv-8093-LTS (S.D.N.Y.)

*In re Lehman Brothers Mortgage-Backed Securities Litigation*, 09-md-2017-
LAK, 08-cv-6762-LAK (S.D.N.Y.)

4.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of February, 2010, at New York, New York.


     /s/ Christopher Lometti
          Christopher Lometti

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of February, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing all counsel of record.

DATED this 22nd day of February, 2010 at New York, New York.

By: /s/ Daniel B. Rehns
Daniel B. Rehns (*Pro Hac Vice*)
150 East 52nd Street, Thirtieth Floor
New York, New York 10022
Telephone: (212) 838-7797
*drehns@cohenmilstein.com*