# EXHIBIT B

# CERTIFICATION OF WASHINGTON MUTUAL MORTGAGE-BACKED CERTIFICATES SECURITIES CLASS ACTION COMPLAINT

I, Enrique R. Ubarri-Baragaño, hereby certify that the following is true and correct to the best of my knowledge, information, and belief:

1. I am the Executive Vice President, Secretary, General Counsel of Doral Financial Corporation and General Counsel, Secretary and Director of Doral Bank Puerto Rico ("Doral").

2. I have reviewed the complaint filed in this case (the "Complaint"), and authorize the filing thereof.

3. Doral is willing to serve as a representative party on behalf of the Class (as defined in the Complaint), including providing testimony at deposition and trial, if necessary.

4. During the Class Period (as defined in the Complaint), Doral purchased the following securities, as set forth on the attached schedule, which are among the securities that are the subject of the Complaint.

5. Doral did not engage in the foregoing transactions at the direction of counsel or in order to participate in any private action arising under the Securities Act of 1933 (the "Securities Act").

6. During the three-year period preceding the date of my signing this Certification, Doral has not served nor sought to serve as a representative party on behalf of a class in any private action arising under the Securities Act.

7. Doral will not accept any payment for serving as a representative party on behalf of the Class beyond their pro rata share of any possible recovery except for an award, as ordered by the court, for reasonable costs and expenses directly relating to their representation of the Class.

Signed under the penalties of perjury, this 30th day of October 2009.

*[signature]*

on behalf of Doral Bank Puerto Rico

## SCHEDULE A

| DATE OF PURCHASE | BUY/SELL | SECURITY (CUSIP) | PURCHASE PRICE ($) |
|---|---|---|---|
| 10/19/2007 | BUY | WAMU 2006-AR17, Class 1A (92925DAA8) | $24,134,282.00 |
| 9/26/2007 | BUY | WAMU 2006-AR18, Class 2A1 (933637AC4) | $52,331,347.00 |
| 10/12/2007 | BUY | WAMU 2007-OA1, Class A1A (92926WAA5) | $112,850,546.00 |
| 9/27/2007 | BUY | WAMU 2007-OA4, Class 1A1B (93364CAB4) | $94,150,662.00 |
| 9/27/2007 | BUY | WAMU 2007-OA5, Class 1A1B (93364BAB6) | $69,048,931.00 |
| 10/23/2007 | BUY | WMALT 2007-OA5, Class A1A (93936RAA2) | $69,237,644.00 |