THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| DORAL BANK PUERTO RICO, on Behalf of Itself and All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>WASHINGTON MUTUAL ASSET ACCEPTANCE CORPORATION, et al.,<br><br>　　　　　　　　　Defendants. | No. 2:09-cv-01557-MJP<br><br><u>CLASS ACTION</u><br><br>[PROPOSED] ORDER GRANTING GREATER PENNSYLVANIA CARPENTERS PENSION FUND'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL |

506892_1

[PROPOSED] ORDER GRANTING GREATER
PENNS CARPENTERS PENSION FUND'S
MOTION FOR APPOINTMENT AS LEAD
PLAINTIFF, AND APPROVAL OF SELECTION
OF COUNSEL (2:09-cv-01557-MJP)

McDERMOTT NEWMAN, PLLC
1001 Fourth Avenue, Suite 3200, Seattle, WA 98154
Telephone: 206/684-9463 • Fax: 206/749-9467

Having considered Greater Pennsylvania Carpenters Pension Fund's Motion for Appointment as Lead Plaintiff, and Approval of Selection of Counsel (the "Motion"), and good cause appearing therefore, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. The Court, having considered the provisions of §27(a)(3)(B) of the Securities Act of 1933, 15 U.S.C. §77z-1(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, hereby determines that Greater Pennsylvania Carpenters Pension Fund is appointed as Lead Plaintiff; and

3. Lead Plaintiff's selection of counsel is approved. Pursuant to §27(a)(3)(B)(v), the law firm of Coughlin Stoia Geller Rudman & Robbins LLP is approved as Lead Counsel and McDermott Newman, PLLC is approved as Local Counsel for the class.

IT IS SO ORDERED.

DATED:_____

THE HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

506892_1

[PROPOSED] ORDER GRANTING GREATER PENNS CARPENTERS PENSION FUND'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL (2:09-cv-01557-MJP) - 1 -

McDERMOTT NEWMAN, PLLC
1001 Fourth Avenue, Suite 3200, Seattle, WA 98154
Telephone: 206/684-9463 • Fax: 206/749-9467

# CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 22, 2010.

s/ DOUGLAS C. McDERMOTT
DOUGLAS C. McDERMOTT

McDERMOTT NEWMAN, PLLC
DOUGLAS C. McDERMOTT
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
Telephone: 206/684-9463
206/749-9467 (fax)
E-mail: doug@mcdermottnewman.com

506892_1

[PROPOSED] ORDER GRANTING GREATER PENNS CARPENTERS PENSION FUND'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL (2:09-cv-01557-MJP)

McDERMOTT NEWMAN, PLLC
1001 Fourth Avenue, Suite 3200, Seattle, WA 98154
Telephone: 206/684-9463 • Fax: 206/749-9467

# Mailing Information for a Case 2:09-cv-01557-MJP

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **James J. Coster**
  jcoster@ssbb.com,managingclerk@ssbb.com,jregan@ssbb.com

- **Larry Steven Gangnes**
  gangnesl@lanepowell.com,sebringl@lanepowell.com,docketing-sea@lanepowell.com,donnellyjossm@lanepowell.com

- **Christopher M Huck**
  Christopher.huck@dlapiper.com,karen.hansen@dlapiper.com

- **Stellman Keehnel**
  stellman.keehnel@dlapiper.com,patsy.howson@dlapiper.com

- **Joel P Laitman**
  jlaitman@cohenmilstein.com

- **Christopher E Lometti**
  clometti@cohenmilstein.com

- **Bradley T. Meissner**
  bradley.meissner@dlapiper.com

- **Nancy A Pacharzina**
  npacharzina@tousley.com,kzajac@tousley.com

- **Daniel B Rehns**
  drehns@cohenmilstein.com

- **Kenneth M Rehns**
  krehns@cohenmilstein.com

- **Rogelio Omar Riojas**
  omar.riojas@dlapiper.com,nina.marie@dlapiper.com

- **Joshua M. Rubins**
  jrubins@ssbb.com,managingclerk@ssbb.com,jregan@ssbb.com

- **Kim D Stephens**
  kstephens@tousley.com,kzajac@tousley.com,cbonifaci@tousley.com

- **Steven J Toll**

stoll@cohenmilstein.com,efilings@cohenmilstein.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`