# EXHIBIT A



Copyright 2009 Business Wire, Inc.
Business Wire

December 24, 2009 Thursday 4:46 PM GMT

**DISTRIBUTION:** Business Editors; Financial Editors; Legal Editors

**LENGTH:** 893 words

**HEADLINE:** Cohen Milstein Announces Pendency of Class Action Suit Involving Mortgage Pass-Through Certificates of Washington Mutual Asset Acceptance Corporation

**DATELINE:** NEW YORK

**BODY:**

   Please be advised that a class action lawsuit (the "Action") is pending on behalf of purchasers of Washington Mutual Mortgage Pass-Through Certificates (the "Certificates") that were issued pursuant and traceable to materially misleading Registration Statement and Prospectus Supplements between April 2007 and July 2007. The Action is currently pending in the United States District Court in the Western District of Washington, at Seattle, before the Honorable Marsha Pechman, Docket No. 09-cv-1557 (MJP). The law firm representing the Plaintiff in the Action is Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein"). The Action was filed as a related case to Boilermakers National Annuity Trust v. WaMu Mortgage Pass-Through Certificates, et al., Docket No. 09-cv-0037 (MJP), wherein a lead plaintiff has already been selected and a consolidated amended complaint is scheduled to be filed on December 31, 2009.

   The Action alleges that the Registration Statement, initially filed on March 23, 2007 and amended thereafter on April 9, 2007 (the "2007 Registration Statement"), and several Prospectus Supplements issued pursuant thereto (collectively, the "Offering Documents") contained material misstatements and omissions in violation of Sections 11, 12 and 15 of the Securities Act of 1933 and Washington state law. The putative class in the Action includes, without limitation, purchasers of all Certificates issued pursuant to the 2007 Registration Statement in the following Offerings:

| | | |
|---|---|---|
| WaMu Mortgage Pass-Through Certificates Series 2007-OA4 Trust | WaMu Mortgage Pass-Through Certificates Series 2007-OA5 Trust | WaMu Mortgage Pass-Through Certificates Series 2007-OA6 Trust |
| WaMu Mortgage Pass-Through Certificates Series 2007-HY5 Trust | WaMu Mortgage Pass-Through Certificates Series 2007-HY6 Trust | WaMu Mortgage Pass-Through Certificates Series 2007-HY7 Trust |
| WMALT Mortgage Pass-Through Certificates Series 2007-OA4 Trust | WMALT Mortgage Pass-Through Certificates Series 2007-OA5 Trust | WMALT Mortgage Pass-Through Certificates Series 2007-OC1 Trust |
| WMALT Mortgage Pass- | WMALT Mortgage Pass- | WMALT Mortgage Pass- |

| | | |
|---|---|---|
| Through Certificates Series 2007-OC2 Trust | Through Certificates Series 2007-1 Trust | Through Certificates Series 2007-2 Trust |
| | WMALT Mortgage Pass-Through Certificates Series 2007-3 Trust | |

The Certificates issued were supported by large pools of mortgage loans generally secured by first liens on residential properties, including conventional, adjustable rate and negative amortization mortgage loans. The Offering Documents included material misstatements and/or omissions concerning, among other things: (i) the underwriting standards purportedly used in connection with the origination of the underlying mortgage loans; (ii) the maximum loan-to-value ratios used to qualify borrowers; (iii) the appraisals of properties underlying the mortgage loans; and (iv) the debt-to-income ratios permitted on the loans. As a result of the alleged misstatements and omissions, the Certificates were secured by assets that had a much greater risk profile than represented in the Offering Documents, and the Nationally Recognized Statistical Ratings Organizations (the "NRSRO" or "Ratings Agencies") assigned superior credit ratings to the Certificates as a result of Defendants' failure to disclose the underwriting defects and appraisal manipulations.

By late 2008 and into early 2009, the amount of uncollectible mortgage loans securing the Certificates began to be revealed to the public, and the Rating Agencies began to put negative watch labels on numerous Certificate classes, ultimately downgrading many significantly. The delinquency and foreclosure rates of the mortgage loans securing the Certificates have sky-rocketed. As a result, the Certificates have declined precipitously in value.

If you wish to serve as lead plaintiff, you must move the Court no later than 60 days from today. If you wish to discuss this action or have any questions concerning this notice or your rights or interests, you may contact Plaintiff's counsel:

Joel P. Laitman

Christopher Lometti

Daniel B. Rehns

Cohen Milstein Sellers & Toll PLLC

| | |
|---|---|
| Tel.: | (212) 838-7797 |
| Email: | jlaitman@cohenmilstein.com |
| | clometti@cohenmilstein.com |
| | drehns@cohenmilstein.com |

If you are a member of this putative class, you can view a copy of the complaint as filed at http://www.cohenmilstein.com/cases/220/washington-mutual-mortgage-backed-securities-litigation-2007-registration-statement . Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member.

Cohen Milstein has significant experience in prosecuting investor securities class actions. The firm has offices in Washington, D.C., New York, Philadelphia and Chicago, and is active in major litigation pending in federal and state courts throughout the nation. You may visit our website at www.cohenmilstein.com for more information about the firm. The firm's reputation for excellence has been recognized on repeated occasions by courts which have appointed the firm to lead positions in complex multi-district or consolidated litigation.

CONTACT: Cohen Milstein Sellers & Toll PLLC

Joel P. Laitman, 212-838-7797
jlaitman@cohenmilstein.com
or
Christopher Lometti, 212-838-7797
clometti@cohenmilstein.com
or
Daniel B. Rehns, 212-838-7797
drehns@cohenmilstein.com

**URL:** http://www.businesswire.com

**LOAD-DATE:** December 25, 2009