# EXHIBIT D



1 of 100 DOCUMENTS

Copyright 2006 SourceMedia, Inc.
All Rights Reserved
American Banker

September 11, 2006 Monday

**SECTION:** MARKETS; Pg. 23 Vol. 171 No. 174

**LENGTH:** 211 words

**HEADLINE:** In Brief: Countrywide Exec Named Doral Treasurer

**BYLINE:** Matthias Rieker

**BODY:**

Doral Financial Corp. said Friday that it has hired an executive from Countrywide Financial Corp., Marangal I. Domingo, as its treasurer

Mr. Domingo, 45, is to join Doral this month. He has been an executive vice president for finance and strategy for Countrywide's banking subsidiary.

Mr. Domingo worked for seven years at Washington Mutual Inc., including a stint as its treasurer until February 2003. He left the Seattle thrift company in January 2004 to join Downey Financial Corp., where he was its chief executive for six months.

Doral ran into problems in early 2005 over its accounting for interest-only securities and certain loan transactions, and had to restate years of earnings. Earlier this year it entered into a cease-and-desist order with its regulators. Its problems caused an avalanche of issues at many Puerto Rican banking companies.

Doral has since replaced most of its senior executives, some of them

twice. Mr. Domingo is replacing Julio R. Micheo, who became treasurer in

August 2005 after the departure of Mario S. Levis.

Two weeks ago Doral announced it had hired Calixto Garcia-Velez, the

president of Citigroup's Citibank West FSA, to head consumer and commercial

lending and its main bank subsidiary.

http://www.americanbanker.com http://www.sourcemedia.com

**LOAD-DATE:** September 15, 2006