UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DORAL BANK PUERTO RICO, et al.,

Plaintiffs,

v.

WASHINGTON MUTUAL ASSET ACCEPTANCE CORPORATION, et al.,

Defendants.

Case No. C09-1557MJP

MINUTE ORDER

The following Minute Order is made and entered on the docket at the direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

Two Plaintiffs have filed motions for appointment as lead plaintiff and approval of class counsel. (Dkt. Nos. 27, 29.) When parties file cross-motions on identical issues, it is the Court's practice to request omnibus response briefs in lieu of the traditional response and reply briefs. Under this practice, each party may file a response brief—not to exceed the number of pages of opponent's motion—addressing the issues as presented in both briefs. The parties do not file reply briefs. Therefore, each responding party (e.g., any defendant and/or any opposing plaintiff) shall file a single response brief, due on March 8, 2010 that provides a combined analysis of the issues presented in both motions.

DATED this 23rd day of February, 2010.

BRUCE RIFKIN, Clerk
By /s/ Mary Duett
Deputy Clerk