UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DORAL BANK PUERTO RICO, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL ASSET ACCEPTANCE CORPORATION; DAVID BECK; DIANE NOVAK; THOMAS LEHMANN; STEPHEN FORTUNATO; DONALD WILHELM; WAMU CAPITAL CORPORATION; MOODY'S INVESTORS SERVICES, INC.; THE MCGRAW-HILL COMPANIES, INC.; FIRST AMERICAN CORPORATION and FIRST AMERICAN EAPPAISEIT, LLC,<br><br>Defendants. | No. C09-01557-MJP<br><br>**NOTICE OF APPEARANCE** |

TO: CLERK OF THE COURT

AND TO: ALL PARTIES OF INTEREST

PLEASE TAKE NOTICE that RIDDELL WILLIAMS P.S., reserving all defenses, including but not limited to defects in jurisdiction and/or service, hereby enters its appearance of record for Defendant The McGraw-Hill Companies, Inc. in the above-entitled cause, by its undersigned attorneys, and requests that all

NOTICE OF APPEARANCE - (No. C09-1557- MJP ) - 1

4821-1084-5445.01

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

| | |
|---|---|
| 1 | further pleadings and papers therein, exclusive of original process, be served |
| 2 | upon said attorneys at their address below designated. |
| 3 | DATED this 25th day of February, 2010. |
| 4 | |
| 5 | RIDDELL WILLIAMS P.S. |
| 6 | |
| 7 | By /s/ Gavin W. Skok |
| | Paul J. Kundtz, WSBA #13548 |
| 8 | John D. Lowery, WSBA #6633 |
| | Gavin W. Skok, WSBA #29766 |
| 9 | Attorneys for Defendant |
| | The McGraw-Hill Companies, Inc. |
| 10 | pkundtz@riddellwilliams.com; |
| | jlowery@riddellwilliams.com; |
| 11 | gskok@riddellwilliams.com |
| 12 | |
| | Riddell Williams P.S. |
| 13 | 1001 Fourth Avenue |
| | Suite 4500 |
| 14 | Seattle, Washington 98154-1192 |
| | Telephone: 206-624-3600 |

NOTICE OF APPEARANCE - (No. C09-1557- MJP ) - 2

4821-1084-5445.01

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

# CERTIFICATE OF SERVICE

Donna Hammonds, declares as follows:

I am over 18 years of age and a citizen of the United States. I am employed as an executive assistant by the law firm of Riddell Williams P.S. On the date noted below, I electronically filed the foregoing document using the CM/ECF system which will notify the following:

**James J. Coster**
jcoster@ssbb.com, managingclerk@ssbb.com, jregan@ssbb.com

**Larry Steven Gangnes**
gangnesl@lanepowell.com, sebringl@lanepowell.com, docketing-sea@lanepowell.com, donnellyjossm@lanepowell.com

**Christopher M. Huck**
Christopher.huck@dlapiper.com, karen.hansen@dlapiper.com

**Stellman Keehnel**
stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com

**Joel P. Laitman**
jlaitman@cohenmilstein.com

**Christopher E. Lometti**
clometti@cohenmilstein.com

**Bradley T. Meissner**
bradley.meissner@dlapiper.com

**Nancy A. Pacharzina**
npacharzina@tousley.com, kzajac@tousley.com

**Daniel B. Rehns**
drehns@cohenmilstein.com

**Kenneth M. Rehns**
krehns@cohenmilstein.com

**Rogelio Omar Riojas**
omar.riojas@dlapiper.com, nina.marie@dlapiper.com

**Joshua M. Rubins**
jrubins@ssbb.com, managingclerk@ssbb.com, jregan@ssbb.com

NOTICE OF APPEARANCE - (No. C09-1557- MJP ) - 3

4821-1084-5445.01

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

| | |
|---|---|
| 1 | **Kim D. Stephens**<br>kstephens@tousley.com, kzajac@tousley.com,<br>cbonifaci@tousley.com |
| 2 | |
| 3 | **Steven J. Toll**<br>stoll@cohenmilstein.com, efilings@cohenmilstein.com |
| 4 | |
| 5 | I declare under penalty of perjury under the laws of the State of |
| 6 | Washington that the foregoing is true and correct. |
| 7 | DATED this 25th day of February, 2010. |
| 8 | |
| 9 | _____<br>Donna Hammonds |

NOTICE OF APPEARANCE - (No. C09-1557- MJP ) - 4

4821-1084-5445.01