# United States District Court
# Western District of Washington



| | |
|---|---|
| DORAL BANK PUERTO RICO, on Behalf of Itself and All Others Similarly Situated<br>Plaintiff(s) | Case Number 2:09-cv-01557-MJP |
| V. | |
| WASHINGTON MUTUAL ASSET ACCEPTANCE CORPORATION, et al.<br>Defendant(s) | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington, __Darren J. Robbins__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Greater Pennsylvania Carpenters Pension Fund

The particular need for my appearance and participation is:

To sign pleadings and attend hearings and trial.

I, __Darren J. Robbins__ understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: Feb 23, 2010    Signature of Applicant: s/ Darren J. Robbins

| Field | Value |
|---|---|
| Pro Hac Vice Attorney Applicant's Name: | Darren J. Robbins |
| Law Firm Name: | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| Street Address 1: | 655 West Broadway, Suite 1900 |
| Address Line 2: | |
| City: | San Diego |
| State: | California |
| Zip: | 92101 |
| Phone Number w/ Area Code  Example: 999-999-9999 | 619-231-1058 |

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant  Darren J. Robbins  is unable to be present upon any date assigned by the court.

Date: 2/23/10     Signature of Local Counsel: s/ Douglas C. McDermott

| Field | Value |
|---|---|
| Local Counsel's Name: | Douglas C. McDermott |
| Law Firm Name: | McDermott Newman, PLLC |
| Street Address 1: | 1001 Fourth Avenue, Suite 3200 |
| Address Line 2: | |
| City: | Seattle |
| State: | Washington |
| Zip: | 98154 |
| Phone Number w/ Area Code  Example: 999-999-9999 | 206-749-9296 |