The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DORAL BANK OF PUERTO RICO, on behalf of itself and all others similarly situated,

Plaintiff,

v.

WASHINGTON MUTUAL ASSET ACCEPTANCE CORPORATION, et al.,

Defendants.

No. 09-1557 (MJP)

**STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE TO RESPOND TO AMENDED COMPLAINT**

Note on Motion Calendar:
March 2, 2010

## I. STIPULATION

Plaintiff Doral Bank of Puerto Rico, defendant The McGraw-Hill Companies, Inc. ("McGraw-Hill"), and defendant Moody's Investors Service, Inc. ("Moody's") hereby stipulate and agree that McGraw-Hill and Moody's shall answer or otherwise respond to Plaintiff's Amended Complaint by the later of:

(i) 30 days after the date on which the Court issues an order appointing a Lead Plaintiff; or

(ii) if the Lead Plaintiff files a consolidated amended complaint, 30 days after the filing of the consolidated amended complaint.

STIPULATION AND [PROPOSED] ORDER RE DEADLINE TO
RESPOND TO AMENDED COMPLAINT -- NO. C09-1557 (MJP) - 1
4822-2691-1237.01

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

Stipulated and agreed this 2nd day of March, 2010.

TOUSLEY BRAIN STEPHENS PLLC     RIDDELL WILLIAMS P.S.

By: /s/ Nancy A. Pacharzina         By: /s/ Paul J. Kundtz
    Kim D. Stephens, WSBA No. 11984     Paul J. Kundtz, WSBA #13548
    Nancy A. Pacharzina, WSBA No. 25946  Gavin W. Skok, WSBA #29766
    1700 Seventh Avenue, Suite 2200     1001 Fourth Avenue
    Seattle, WA 98101                   Suite 4500
    Tel: 206-682-5600                   Seattle, Washington 98154-1192
    Fax: 206-682-2992                   Tel: 206-624-3600
    kstephens@tousley.com               Fax: 206-389-1708
    npacharzina@tousley.com             pkundtz@riddellwilliams.com
                                        gskok@riddellwilliams.com
    Attorneys for Plaintiff
                                        Attorneys for Defendant
                                        The McGraw-Hill Companies, Inc.

LANE POWELL PC


By: /s/ Larry S. Gangnes
    Larry S. Gangnes, WSBA #8118
    1420 Fifth Avenue, Suite 4100
    Seattle, Washington 98101-2338
    Tel: 206-223-7036
    Fax: 206-223-7017
    gangnesl@lanepowell.com

    Attorneys for Defendant
    Moody's Investors Service, Inc.


## II.     [PROPOSED] ORDER

Pursuant to the above Stipulation, IT IS SO ORDERED.

_____
Honorable Marsha J. Pechman
United States District Judge

STIPULATION AND [PROPOSED] ORDER RE DEADLINE TO
RESPOND TO AMENDED COMPLAINT – NO. C09-1557 (MJP) - 2
4822-2691-1237.01

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

# CERTIFICATE OF SERVICE

Donna Hammonds, declares as follows:

I am over 18 years of age and a citizen of the United States. I am employed as an executive assistant by the law firm of Riddell Williams P.S. On the date noted below, I electronically filed the foregoing document using the CM/ECF system which will notify the following:

| |
|---|
| **James J. Coster**<br>jcoster@ssbb.com, managingclerk@ssbb.com, jregan@ssbb.com |
| **Larry Steven Gangnes**<br>gangnesl@lanepowell.com, sebringl@lanepowell.com, docketing-sea@lanepowell.com, donnellyjossm@lanepowell.com |
| **Christopher M. Huck**<br>Christopher.huck@dlapiper.com, karen.hansen@dlapiper.com |
| **Stellman Keehnel**<br>stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com |
| **Joel P. Laitman**<br>jlaitman@cohenmilstein.com |
| **Christopher E. Lometti**<br>clometti@cohenmilstein.com |
| **Bradley T. Meissner**<br>bradley.meissner@dlapiper.com |
| **Nancy A. Pacharzina**<br>npacharzina@tousley.com, kzajac@tousley.com |
| **Daniel B. Rehns**<br>drehns@cohenmilstein.com |
| **Kenneth M. Rehns**<br>krehns@cohenmilstein.com |
| **Rogelio Omar Riojas**<br>omar.riojas@dlapiper.com, nina.marie@dlapiper.com |
| **Joshua M. Rubins**<br>jrubins@ssbb.com, managingclerk@ssbb.com, jregan@ssbb.com |

STIPULATION AND [PROPOSED] ORDER RE DEADLINE TO
RESPOND TO AMENDED COMPLAINT – NO. C09-1557 (MJP) - 3
4822-2691-1237.01

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

| Kim D. Stephens |
| --- |
| kstephens@tousley.com, kzajac@tousley.com, cbonifaci@tousley.com |
| Steven J. Toll |
| stoll@cohenmilstein.com, efilings@cohenmilstein.com |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 2nd day of March, 2010.

Donna Hammonds

STIPULATION AND [PROPOSED] ORDER RE DEADLINE TO
RESPOND TO AMENDED COMPLAINT – NO. C09-1557 (MJP) - 4
4822-2691-1237.01

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600