The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DORAL BANK OF PUERTO RICO, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL ASSET ACCEPTANCE CORPORATION, et al.,<br><br>Defendants. | No. 09-1557 (MJP)<br><br>**STIPULATION AND ORDER REGARDING DEADLINE TO RESPOND TO AMENDED COMPLAINT**<br><br>Note on Motion Calendar:<br>March 2, 2010 |

## I. STIPULATION

Plaintiff Doral Bank of Puerto Rico, defendant The McGraw-Hill Companies, Inc. ("McGraw-Hill"), and defendant Moody's Investors Service, Inc. ("Moody's") hereby stipulate and agree that McGraw-Hill and Moody's shall answer or otherwise respond to Plaintiff's Amended Complaint by the later of:

(i) 30 days after the date on which the Court issues an order appointing a Lead Plaintiff; or

(ii) if the Lead Plaintiff files a consolidated amended complaint, 30 days after the filing of the consolidated amended complaint.

STIPULATION AND [PROPOSED] ORDER RE DEADLINE TO
RESPOND TO AMENDED COMPLAINT – NO. C09-1557 (MJP) - 1
4822-2691-1237.01

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

Stipulated and agreed this 2nd day of March, 2010.

| TOUSLEY BRAIN STEPHENS PLLC | RIDDELL WILLIAMS P.S. |
|---|---|
| By: /s/ Nancy A. Pacharzina<br>Kim D. Stephens, WSBA No. 11984<br>Nancy A. Pacharzina, WSBA No. 25946<br>1700 Seventh Avenue, Suite 2200<br>Seattle, WA 98101<br>Tel: 206-682-5600<br>Fax: 206-682-2992<br>kstephens@tousley.com<br>npacharzina@tousley.com<br><br>Attorneys for Plaintiff | By: /s/ Paul J. Kundtz<br>Paul J. Kundtz, WSBA #13548<br>Gavin W. Skok, WSBA #29766<br>1001 Fourth Avenue<br>Suite 4500<br>Seattle, Washington 98154-1192<br>Tel: 206-624-3600<br>Fax: 206-389-1708<br>pkundtz@riddellwilliams.com<br>gskok@riddellwilliams.com<br><br>Attorneys for Defendant<br>The McGraw-Hill Companies, Inc. |

LANE POWELL PC

By: /s/ Larry S. Gangnes
    Larry S. Gangnes, WSBA #8118
    1420 Fifth Avenue, Suite 4100
    Seattle, Washington 98101-2338
    Tel: 206-223-7036
    Fax: 206-223-7017
    gangnesl@lanepowell.com

Attorneys for Defendant
Moody's Investors Service, Inc.

## II. ORDER

Pursuant to the above Stipulation, IT IS SO ORDERED.

Dated this 3rd day of March, 2010.

*[signature]*

Marsha J. Pechman
United States District Judge

STIPULATION AND [PROPOSED] ORDER RE DEADLINE TO
RESPOND TO AMENDED COMPLAINT – NO. C09-1557 (MJP) - 2
4822-2691-1237.01

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600