The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DORAL BANK PUERTO RICO, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL ASSET ACCEPTANCE CORPORATION; DAVID BECK; DIANE NOVAK; THOMAS LEHMANN; STEPHEN FORTUNATO; DONALD WILHELM WAMU CAPITAL CORPORATION; MOODY'S INVESTORS SERVICES, INC.; THE MCGRAW-HILL COPMANIES, INC.; FIRST AMERICAN CORPORATION and FIRST AMERICAN EAPPRAISEIT, LLC,<br><br>Defendants. | Case No.: C09-1557 (MJP)<br><br>SET FOR HEARING:<br>March 18, 2010, 10:00 a.m. |

**DECLARATION OF STEVEN J. TOLL IN FURTHER SUPPORT OF DORAL BANK PUERTO RICO'S MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL AND IN OPPOSITION TO THE COMPETING MOTION SUBMITTED BY THE GREATER PENNSYLVANIA CARPENTERS PENSION FUND**

DECLARATION OF STEVEN J. TOLL i/f/s/o/
DORAL BANK'S MOTION FOR LEAD PLAINTIFF
No. C09-1557-MJP

1

I, Steven J. Toll, swear as follows:

1. I am the Managing Partner of the law firm of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein"), counsel of record for Doral Bank Puerto Rico ("Doral Bank"). I make this declaration in further support of the motion of Doral Bank for Appointment as Lead Plaintiff and Approval of its Selection of Lead Counsel and in opposition to the competing motion submitted by the Greater Pennsylvania Carpenters Pension Fund. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

   Exhibit A:  Consolidated Amended Complaint for Violation of Federal Securities Laws, *In re Doral Financial Corp. Sec. Litig.*, Civ. No. 1:05-md-1706 (RO) (S.D.N.Y.), filed June 22, 2005.

   Exhibit B:  Indictment, *United States v. Mario S. Levis*, 08-cr-181 (S.D.N.Y.), filed March 4, 2008.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of March, 2010, at Washington, D.C.

/s/ Steven J. Toll
Steven J. Toll

# CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all interested parties.

/s/ Nancy A. Pacharzina
Kim D. Stephens, WSBA #11984
Email: kstephens@tousley.com
Nancy A. Pacharzina, WSBA #25946
Email: npacharzina@tousley.com
TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tele: 206.682.5600
Fax: 206.682.2992

*Proposed Liaison Counsel*