The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DORAL BANK PUERTO RICO, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL ASSET ACCEPTANCE CORPORATION; DAVID BECK; DIANE NOVAK; THOMAS LEHMANN; STEPHEN FORTUNATO; DONALD WILHELM WAMU CAPITAL CORPORATION; MOODY'S INVESTORS SERVICES, INC.; THE MCGRAW-HILL COPMANIES, INC.; FIRST AMERICAN CORPORATION and FIRST AMERICAN EAPPRAISEIT, LLC,<br><br>Defendants. | Case No.: C09-1557 (MJP)<br><br>**SET FOR HEARING:**<br>March 18, 2010, 10:00 a.m. |

**DECLARATION OF ENRIQUE R. UBARRI-BARAGANO IN FURTHER SUPPORT OF DORAL BANK PUERTO RICO'S MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL AND IN OPPOSITION TO THE COMPETING MOTION SUBMITTED BY THE GREATER PENNSYLVANIA CARPENTERS PENSION FUND**

No. C09-1557-MJP

1

I, Enrique R. Ubarri-Baragano, swear as follows:

1. I am the Executive Vice President, Secretary and General Counsel of Doral Financial Corporation ("Doral Corp.") and General Counsel, Secretary and Director of Doral Bank Puerto Rico ("Doral Bank"). I make this declaration in further support of the motion of Doral Bank for Appointment as Lead Plaintiff and Approval of its Selection of Lead Counsel and in opposition to the competing motion submitted by the Greater Pennsylvania Carpenters Pension Fund. I have personal knowledge of the matters stated herein unless otherwise indicated, and if called upon, I could and would competently testify thereto.

2. Doral Bank is a wholly-owned subsidiary of Doral Corp.

3. As set forth in my Certification, previously filed with this Court on February 22, 2010, annexed as Exhibit B to the Declaration of Christopher Lometti in Support of Doral Bank's Motion ("Lometti Decl."), in 2007 Doral Bank purchased over $400 million of Washington Mutual Mortgage Pass-Through Certificates (the "Certificates") which are the subject of the within action and the action captioned *Boilermakers National Annuity Trust Fund v. WaMu Mortgage Pass-Through Certificates, Series 2006-AR1*, C09-0037-MJP (the "*Boilermakers* Action").

4. In October 2009, after Doral Bank had experienced a substantial decline in the value of its investments in the Certificates, and after learning about the already pending *Boilermakers* Action, the Bank sought out counsel to represent it in an action to recoup these investment losses, eventually retaining Cohen Milstein Sellers & Toll PLLC.

No. C09-1557-MJP

2

5. Doral Bank is well aware of the duties and responsibilities of a lead plaintiff and is strongly motivated to pursue this action in that capacity on behalf of itself and other class members.

6. Doral Bank understands that a competing movant has filed a motion for lead plaintiff in this action and has questioned the Bank's ability to adequately represent the interests of the class because of the following:

- Doral Corp. was a defendant in a securities class action lawsuit alleging violations of internal accounting rules and valuations during the period of 2000 to 2005;

- A former Doral Corp.-executive who resigned over four and a half years ago was indicted for his role in the aforementioned alleged fraud; and,

- Doral Corp. hired a former Countrywide executive in 2006 to serve as the company's Treasurer, who, until 2003, had been employed at Washington Mutual, Inc.

7. None of the individuals who were named as Defendants in the securities class action lawsuit captioned *In re Doral Financial Corp. Sec. Litig.*, Civ. No. 1:05-md-1706 (RO) (S.D.N.Y.), who were among the members of the Management and Board of Directors of Doral Corp. in 2005, and who were allegedly responsible for the conduct alleged therein, are currently employed by Doral Corp. in any capacity.

8. The allegations against Doral Corp. asserted by plaintiffs in the lawsuit referenced above were in no way associated with or related to the facts and circumstances surrounding the instant matter. In the former, it was alleged that Doral Corp. engaged in improper accounting practices with respect to its purchase and sale of certain mortgages and mortgage instruments based on mortgages it issued or purchased. In stark contrast, the facts of the instant matter are driven by Doral Bank's commitment to recoup shareholder losses on the Bank's investments in mortgage pass-through Certificates issued by Washington Mutual pursuant to materially misleading Offering Documents.

No. C09-1557-MJP

3

9. The case captioned *In re Doral Financial Corp. Sec. Litig.*, Civ. No. 1:05-md-1706 (RO) (S.D.N.Y.), settled before trial without any admission of wrongdoing by any party to the litigation.

10. A former executive of Doral Corp., Mario S. Levis, was indicted on federal securities and wire fraud charges in connection with his role in the aforementioned securities class action lawsuit filed in 2005 after Mr. Levis resigned his positions as Senior Executive Vice President and Treasurer of Doral Corp. in August 2005.

11. Doral Corp. hired Mr. Marangal I. Domingo in 2006 to serve as Executive Vice President-Chief Investment Officer and Treasurer of the company, and he later became Chief Financial Officer. In March of 2009, Mr. Domingo left the company to pursue other opportunities. During his employment at Doral Corp., Mr. Domingo was responsible for performing the typical functions of a financial officer in a publicly traded company.

12. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of March, 2010, at San Juan, Puerto Rico.

_____
Enrique R. Ubarri-Baragano

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all interested parties.

/s/ Nancy A. Pacharzina
Kim D. Stephens, WSBA #11984
Email: kstephens@tousley.com
Nancy A. Pacharzina, WSBA #25946
Email: npacharzina@tousley.com
TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tele: 206.682.5600
Fax: 206.682.2992

*Proposed Liaison Counsel*

No. C09-1557-MJP

5