UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DORAL BANK PUERTO RICO, et al.,

              Plaintiffs,

v.

WASHINGTON MUTUAL ASSET
ACCEPTANCE CORPORATION, et al.,

              Defendants.

Case No. C09-1557MJP

MINUTE ORDER

      The following Minute Order is made and entered on the docket at the direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

      On February 23, 2010, the Court issued a Minute Order requesting the competing plaintiffs file omnibus response briefs in lieu of traditional responses and replies. The Court is currently reviewing its briefing practices on cross-motions. Therefore, the Court grants the parties leave to file replies. Because of the short notice provided the parties, the reply briefs shall be due on March 16, 2010 and the Court shall re-note the motions for consideration on that date.

      DATED this 11th day of March, 2010.

                                BRUCE RIFKIN, Clerk

                                By /s/ Mary Duett

                                Deputy Clerk