Prospectus Supplement to Prospectus Dated April 17, 2007

# WaMu Mortgage Pass-Through Certificates, Series 2007-OA5

**WaMu Asset Acceptance Corp.**
Depositor

**Washington Mutual Bank**
Sponsor and Servicer

**$1,443,025,100**
(Approximate)

---

Consider carefully the risk factors beginning on page S-21 in this prospectus supplement and page 5 in the accompanying prospectus.

The certificates will represent interests only in the issuing entity which is WaMu Mortgage Pass-Through Certificates Series 2007-OA5 Trust and will not represent interests in or obligations of Washington Mutual Bank, WaMu Asset Acceptance Corp., Washington Mutual, Inc. or any of their affiliates.

Neither these certificates nor the underlying mortgage loans are guaranteed by any agency or instrumentality of the United States.

This prospectus supplement may be used to offer and sell the offered certificates only if accompanied by the prospectus.

---

The WaMu Mortgage Pass-Through Certificates Series 2007-OA5 Trust will issue sixteen classes of offered certificates and three classes of privately placed certificates. Each class of offered certificates will be entitled to receive monthly distributions of interest, principal or both, beginning on June 25, 2007. The certificate interest rate for some classes of offered certificates will be variable, and will be based in part on the one-year MTA index, the COFI index or the one-month LIBOR index, as described in this prospectus supplement. The table on page S-6 of this prospectus supplement contains a list of the classes of offered certificates, including the initial class principal balance, certificate interest rate, and special characteristics of each class.

The primary asset of the Trust will be a pool of first lien single-family residential mortgage loans whose interest rates (after an initial fixed-rate period) adjust monthly and which include a negative amortization feature. The Trust will also contain other assets, which are described on page S-42 of this prospectus supplement.

### Offered Certificates

| | |
|---|---|
| Total principal amount (approximate) | $1,443,025,100 |
| First payment date | June 25, 2007 |
| Interest and/or principal paid | Monthly |
| Last payment date | June 25, 2047 |

Credit enhancement for the offered certificates is being provided by three classes of privately offered certificates, which have an aggregate principal balance of approximately $27,199,817. Additional credit enhancement for the offered senior certificates is being provided by eight classes of offered subordinate certificates. Some senior certificates will have the benefit of payments, if any, from Bear Stearns Financial Products Inc. pursuant to a yield maintenance agreement. Losses otherwise allocable to some senior certificates will instead be allocated to other senior certificates.

The underwriter listed below will offer the offered certificates at varying prices to be determined at the time of sale. The proceeds to WaMu Asset Acceptance Corp. from the sale of the offered certificates will be approximately 100.71% of the principal balance of the offered certificates plus accrued interest, before deducting expenses. The underwriter's commission will be the difference between the price it pays to WaMu Asset Acceptance Corp. for the offered certificates and the amount it receives from the sale of the offered certificates to the public.

Neither the SEC nor any state securities commission has approved or disapproved of the offered certificates or determined that this prospectus supplement or the prospectus is accurate or complete. Any representation to the contrary is a criminal offense.

*Underwriter*

# WaMu Capital Corp.

May 22, 2007

# LOAN GROUP 1

### Geographic Distribution by State of the Group 1 Loans

| State | Number of Mortgage Loans | Aggregate Principal Balance of the Mortgage Loans as of the Cut-Off Date | Percentage of the Aggregate Principal Balance of all Group 1 Loans |
|---|---|---|---|
| Arizona | 45 | $ 23,951,864.27 | 1.92% |
| Arkansas | 2 | 282,590.00 | 0.02 |
| California | 1,091 | 726,635,222.65 | 58.26 |
| Colorado | 25 | 15,325,500.13 | 1.23 |
| Connecticut | 19 | 13,216,296.28 | 1.06 |
| Delaware | 3 | 826,320.00 | 0.07 |
| District of Columbia | 5 | 2,005,500.00 | 0.16 |
| Florida | 332 | 149,494,911.53 | 11.99 |
| Georgia | 24 | 6,503,496.39 | 0.52 |
| Hawaii | 7 | 4,685,816.53 | 0.38 |
| Idaho | 9 | 6,213,501.82 | 0.50 |
| Illinois | 70 | 27,008,272.97 | 2.17 |
| Indiana | 4 | 464,051.24 | 0.04 |
| Iowa | 1 | 61,500.00 | 0.00 |
| Kansas | 1 | 1,555,000.00 | 0.12 |
| Louisiana | 1 | 42,000.00 | 0.00 |
| Maryland | 42 | 17,053,320.69 | 1.37 |
| Massachusetts | 40 | 24,150,308.37 | 1.94 |
| Michigan | 24 | 4,955,395.89 | 0.40 |
| Minnesota | 38 | 12,364,397.93 | 0.99 |
| Missouri | 12 | 2,708,546.91 | 0.22 |
| Nevada | 28 | 15,302,488.99 | 1.23 |
| New Hampshire | 6 | 2,972,830.58 | 0.24 |
| New Jersey | 54 | 26,783,431.57 | 2.15 |
| New Mexico | 8 | 1,492,092.32 | 0.12 |
| New York | 72 | 39,942,619.72 | 3.20 |
| North Carolina | 20 | 10,165,716.38 | 0.82 |
| North Dakota | 1 | 266,400.00 | 0.02 |
| Ohio | 16 | 7,157,552.98 | 0.57 |
| Oregon | 22 | 7,315,075.50 | 0.59 |
| Pennsylvania | 23 | 4,745,511.35 | 0.38 |
| Rhode Island | 2 | 695,214.10 | 0.06 |
| South Carolina | 5 | 3,636,000.00 | 0.29 |
| Tennessee | 4 | 481,146.28 | 0.04 |
| Texas | 48 | 17,634,006.45 | 1.41 |
| Utah | 20 | 7,194,299.09 | 0.58 |
| Vermont | 1 | 307,000.00 | 0.02 |
| Virginia | 31 | 15,090,713.00 | 1.21 |
| Washington | 98 | 42,218,824.75 | 3.39 |
| Wisconsin | 12 | 2,244,775.00 | 0.18 |
| Wyoming | 1 | 2,080,000.00 | 0.17 |
| Total | 2,267 | $1,247,229,511.66 | 100.00% |

No more than approximately 1.1% of the group 1 loans will be secured by mortgaged properties in any one California zip code area, and no more than approximately 0.8% of the group 1 loans will be secured by mortgaged properties in any single zip code area outside of California.

### Scheduled Maturity Years of the Group 1 Loans

| Year of Maturity | Number of Mortgage Loans | Aggregate Principal Balance of the Mortgage Loans as of the Cut-Off Date | Percentage of the Aggregate Principal Balance of all Group 1 Loans |
|---|---|---|---|
| 2036 | 2 | $ 1,232,514.54 | 0.10% |
| 2037 | 1,437 | 753,232,680.01 | 60.39 |
| 2046 | 2 | 1,058,712.54 | 0.08 |
| 2047 | 826 | 491,705,604.57 | 39.42 |
| Total | 2,267 | $1,247,229,511.66 | 100.00% |

The weighted average remaining term of the group 1 loans as of the Cut-Off Date is approximately 407 months.

The latest scheduled maturity of any of the group 1 loans is May 2047.

### Year of Initial Monthly Payments of the Group 1 Loans

| Year of Initial Monthly Payment | Number of Mortgage Loans | Aggregate Principal Balance of the Mortgage Loans as of the Cut-Off Date | Percentage of the Aggregate Principal Balance of all Group 1 Loans |
|---|---|---|---|
| 2006 | 2 | $ 1,485,749.41 | 0.12% |
| 2007 | 2,265 | 1,245,743,762.25 | 99.88 |
| Total | 2,267 | $1,247,229,511.66 | 100.00% |

### Documentation Program Types of the Group 1 Loans

| Loan Documentation Program Type | Number of Mortgage Loans | Aggregate Principal Balance of the Mortgage Loans as of the Cut-Off Date | Percentage of the Aggregate Principal Balance of all Group 1 Loans | Weighted Average Loan-to-Value Ratio as of the Cut-Off Date |
|---|---|---|---|---|
| AUS | 6 | $ 3,357,943.61 | 0.27% | 73.13% |
| FULL | 124 | 49,901,243.70 | 4.00 | 75.24 |
| SISA | 640 | 259,603,580.30 | 20.81 | 68.99 |
| SIVA | 1,497 | 934,366,744.05 | 74.92 | 74.02 |
| Total | 2,267 | $1,247,229,511.66 | 100.00% | 73.02%* |

*Represents a weighted average of all the group 1 loans.
AUS–Automated Underwriting System
FULL–Full Document
SISA–Stated Income Stated Assets
SIVA–Stated Income Verified Assets

### Purpose of the Group 1 Loans

| Purpose of Loan | Number of Mortgage Loans | Aggregate Principal Balance of the Mortgage Loans as of the Cut-Off Date | Percentage of the Aggregate Principal Balance of all Group 1 Loans |
|---|---|---|---|
| Cash Out Refinances | 1,024 | $ 563,661,170.80 | 45.19% |
| Purchase Loans | 668 | 357,829,586.21 | 28.69 |
| Rate/Term Refinances | 575 | 325,738,754.65 | 26.12 |
| Total | 2,267 | $1,247,229,511.66 | 100.00% |

### Occupancy Status of the Group 1 Loans

| Occupancy Status | Number of Mortgage Loans | Aggregate Principal Balance of the Mortgage Loans as of the Cut-Off Date | Percentage of the Aggregate Principal Balance of all Group 1 Loans |
|---|---|---|---|
| Non-Owner Occupied | 524 | $ 167,644,029.06 | 13.44% |
| Owner Occupied | 1,531 | 965,734,369.67 | 77.43 |
| Owner Occupied—2nd Home | 212 | 113,851,112.93 | 9.13 |
| Total | 2,267 | $1,247,229,511.66 | 100.00% |

### Credit Score Distribution of the Group 1 Loans

| Credit Score | Number of Mortgage Loans | Aggregate Principal Balance of the Mortgage Loans as of the Cut-Off Date | Percentage of the Aggregate Principal Balance of all Group 1 Loans |
|---|---|---|---|
| 620–639 | 63 | $ 31,019,916.99 | 2.49% |
| 640–659 | 182 | 92,578,505.32 | 7.42 |
| 660–679 | 265 | 144,909,560.93 | 11.62 |
| 680–699 | 379 | 225,406,666.10 | 18.07 |
| 700–719 | 356 | 188,106,006.35 | 15.08 |
| 720–739 | 312 | 172,510,499.31 | 13.83 |
| 740–759 | 257 | 138,724,593.65 | 11.12 |
| 760–779 | 238 | 134,324,106.69 | 10.77 |
| 780–799 | 163 | 98,336,360.34 | 7.88 |
| 800 or greater | 52 | 21,313,295.98 | 1.71 |
| Total | 2,267 | $1,247,229,511.66 | 100.00% |

As of the Cut-Off Date, the non-zero weighted average credit score of the group 1 loans was approximately 716.

### Original Terms of the Group 1 Loans

| Loan Term (In Months) | Number of Mortgage Loans | Aggregate Principal Balance of the Mortgage Loans as of the Cut-Off Date | Percentage of the Aggregate Principal Balance of all Group 1 Loans |
|---|---|---|---|
| 360 | 1,439 | $ 754,465,194.55 | 60.49% |
| 480 | 828 | 492,764,317.11 | 39.51 |
| Total | 2,267 | $1,247,229,511.66 | 100.00% |