THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| DORAL BANK PUERTO RICO, on Behalf of Itself and All Others Similarly Situated,<br><br>  Plaintiff,<br><br>vs.<br><br>WASHINGTON MUTUAL ASSET ACCEPTANCE CORPORATION, et al.,<br><br>  Defendants. | No. 2:09-cv-01557-MJP<br><br>CLASS ACTION<br><br>NOTICE OF FIRM NAME CHANGE |

510805_1

NOTICE OF FIRM NAME CHANGE
(2:09-cv-01557-MJP)

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900, San Diego, CA 92101
Telephone: 619/231-1058 • Fax: 619/231-7423

TO: THE CLERK OF THE COURT AND ALL PARTIES

    PLEASE TAKE NOTICE that effective March 31, 2010, the law firm of Coughlin Stoia Geller Rudman & Robbins LLP will change its name to **Robbins Geller Rudman & Dowd LLP** (the "Firm"). The Firm's website and e-mail addresses will change to **rgrdlaw.com**.

    The telephone and facsimile numbers will remain the same. Please revise your records accordingly.

DATED: March 18, 2010                    COUGHLIN STOIA GELLER
                                             RUDMAN & ROBBINS LLP
                                             DARREN J. ROBBINS
                                             SCOTT H. SAHAM
                                             BRIAN O. O'MARA

                                        _____s/ BRIAN O. O'MARA_____
                                             BRIAN O. O'MARA

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiffs

McDERMOTT NEWMAN, PLLC
DOUGLAS C. McDERMOTT1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
Telephone: 206/684-9463
206/749-9467 (fax)

[Proposed] Liaison Counsel

510805_1

NOTICE OF FIRM NAME CHANGE
(2:09-cv-01557-MJP)

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900, San Diego, CA 92101
Telephone: 619/231-1058 • Fax: 619/231-7423

- 1 -

# CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 18, 2010.

        s/ BRIAN O. O'MARA
        BRIAN O. OMARA

McDERMOTT NEWMAN, PLLC
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
Telephone: 206/684-9463
206/749-9467 (fax)
E-mail:       BOmara@csgrr.com

510805_1

NOTICE OF FIRM NAME CHANGE
(2:09-cv-01557-MJP)

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900, San Diego, CA 92101
Telephone: 619/231-1058 • Fax: 619/231-7423

# Mailing Information for a Case 2:09-cv-01557-MJP

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **James J. Coster**
  jcoster@ssbb.com,managingclerk@ssbb.com,jregan@ssbb.com

- **Larry Steven Gangnes**
  gangnesl@lanepowell.com,sebringl@lanepowell.com,docketing-sea@lanepowell.com,donnellyjossm@lanepowell.com

- **Christopher M Huck**
  Christopher.huck@dlapiper.com,karen.hansen@dlapiper.com

- **Stellman Keehnel**
  stellman.keehnel@dlapiper.com,patsy.howson@dlapiper.com

- **Paul Joseph Kundtz**
  pkundtz@riddellwilliams.com,mdowns@riddellwilliams.com,mbergquam@riddellwilliams.com

- **Joel P Laitman**
  jlaitman@cohenmilstein.com

- **Christopher E Lometti**
  clometti@cohenmilstein.com

- **John D Lowery**
  jlowery@riddellwilliams.com,dhammonds@riddellwilliams.com

- **Douglas C McDermott**
  doug@mcdermottnewman.com,eric@mcdermottnewman.com

- **Bradley T. Meissner**
  bradley.meissner@dlapiper.com

- **Brian O. O'Mara**
  bomara@csgrr.com

- **Nancy A Pacharzina**
  npacharzina@tousley.com,mhottman@tousley.com

- **Daniel B Rehns**
  drehns@cohenmilstein.com

- **Kenneth M Rehns**
  krehns@cohenmilstein.com

- **Rogelio Omar Riojas**
  omar.riojas@dlapiper.com,nina.marie@dlapiper.com

- **Darren J Robbins**
  e_file_sd@csgrr.com

- **Joshua M. Rubins**
  jrubins@ssbb.com,managingclerk@ssbb.com,jregan@ssbb.com

- **Gavin Williams Skok**
  gskok@riddellwilliams.com,azurofsky@cahill.com,fabrams@cahill.com,dhammonds@riddellwilliams.com,troy@cahill.com

- **Kim D Stephens**
  kstephens@tousley.com,kzajac@tousley.com,cbonifaci@tousley.com

- **Steven J Toll**
  stoll@cohenmilstein.com,efilings@cohenmilstein.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`